UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO. 08-40151-TLH4
                                        CHAPTER 13
FREDDIE LEE HARVEY
MARY L. HARVEY

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421105 in the amount of 20.28 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
           OFFICE OF THE CHAPTER 13 TRUSTEE
           POST OFFICE BOX 646
           TALLAHASSEE, FL 32302
           ldhecf@earthlink.net
           (850) 681-2734 "Telephone"
           (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| FREDDIE LEE HARVEY | SPIRIT OF AMERICA NAT'L BANK |
| MARY L. HARVEY | ARIZONA MAIL ORDER/FIRST EXPRE |
| 4357 BIG PINE ROAD | P.O. BOX 856750 |
| TALLAHASSEE, FL 32305 | LOUISVILLE, KY 40285 |

AND

DAVID H. ABRAMS
LAW OFFICE OF DAVID H. ABRAMS
P.O. BOX 3298
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
9/29/2011  1:56 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE